In the matter of the alleged last will and testament of BEN-
JAMIN MIDDLETON, deceased.

ELLEN J. MIDDLETON, appellant,

*v.*

MINNIE W. GILBERT et al., respondents.

[Argued March 27th, 1905.   Decided November 20th, 1905.]

On appeal from a decree of the prerogative court advised by
Vice-Ordinary Bergen, whose opinion is reported *ante p.* 584.

*Mr. Samuel K. Robbins* and *Mr. Louis H. Miller,* for the
appellant.

*Mr. Martin W. Lane* and *Mr. James S. Ware,* for the re-
spondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set
forth in the opinion filed in the prerogative court by Vice-Ordi-
nary Bergen.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON,
FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH,
VROOM, GREEN, GRAY—12.

*For reversal*—None.